■ MAYA ZAK, Respondent-Appellant, v ONE EAST 100TH STREET PHYSICIANS, P. C., Appellant-Respondent. — Judgment, Supreme Court, New York County (Robert Groh, J.), entered on May 4, 1984, unanimously affirmed, without costs and without disbursements. The cross appeal from the judgment is dismissed as not properly taken in view of the stipulation dated December 16, 1983, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Carro, Rosenberger and Ellerin, JJ.